UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:   HLMC Title Services, Inc. | ) | Case No. 22-02518 |
| Debtor | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |

**ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)**

The above-referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is ordered as follows:

1. **Status Conference**. The court will hold the status conference required by 11 U.S.C. § 1188 on April 28, 2022, at 9:30am. The debtor, counsel for the debtor, and the Subchapter V Trustee must appear via Zoom at the status conference.

2. **Section 1188(c) Report.** At least 14 days before the date of the status conference, the debtor must file the report required by 11 U.S.C. § 1188(c), and serve that report on the Subchapter V Trustee, the United States Trustee, and all creditors and other parties in interest.

3. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is May 13, 2022.

4. **Plan Deadline.** The deadline to file a plan is June 2, 2022 unless the court extends the deadline for reasons that are attributable to circumstances for which the debtor should not justly be held accountable.

5. **Deadline for 1111(b) election.** Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b) must do so no later than 14 days after the debtor files a plan.

6. **Service.** The Clerk of the Bankruptcy Court is directed to serve a copy of this order on the debtor, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 7016-1.

Date: April 5, 2022

Entered:

_____
United States Bankruptcy Judge
Northern District of Illinois