**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re. | ) | **Chapter 11** |
|---|---|---|
| **HLMC Services, Inc.** | ) | **Case No 22-02518** |
| **Debtor-in-Possession** | ) | **Judge Deborah Thorne** |

### SECTION 1188(c) REPORT

HLMC Services, Inc., as debtor and debtor-in-possession (the "Debtor") by and through its counsel, hereby files its Section 1188(c) report as follows:

1. On March 4, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is a small business debtor as defined in 11 U.S.C. §101(51D) and continues to operate as a debtor in possession pursuant to Section 1107 and 1108 of the Bankruptcy Code. Matthew Brash has been appointed as Sub Chapter V Trustee ("Trustee").

3. The Debtor's principal place of business and the location from which it operates its business is located at 1147 W. 175th Homewood, Illinois 60430.

4. The Debtor owns a real property located at 17532-42 Dixie Highway, Homewood, Illinois 60430 ("Property"), where it operates a strip mall. The Property consists of four (4) Permanent Index Numbers (PINs) namely, 29-31-112-027-0000, 29-31-112-025-0000, 29-31-112-010-0000, and 29-31-112-002-0000.

5. The Debtor has retained Laxmi P. Sarathy and David Herzog as its bankruptcy counsel.

6. An Interim Order for the authorization for the use of cash collateral is currently pending before this Court.

7. Prior to filing this instant case, Debtor commenced developing the Property and as they were developed, Debtor partially leased the premises to tenants.

8. Debtor obtained the funds to develop the Property from proceeds of loans obtained from Sapient Providence, LLC ("Sapient").
9. In return Debtor executed a Promissory Note, Mortgage, and Personal Guaranty, along with Assignment of Rents.
10. During the COVID-19 pandemic, two of Debtor's tenants defaulted on their lease obligations and the Debtor had no means to pay the monthly payments to Sapient as it arose.
11. At the same time, Debtor had to complete certain renovations that had been initiated to meet inspection requirements promulgated by the Village of Homewood.
12. When the Promissory Note matured, Debtor negotiated a modification, first on August 23, 2018, and again on August 1, 2021.
13. Debtor has one other space that needs to be renovated. Debtor has a tenant who has committed to leasing the space upon completion. Debtor anticipates requiring an additional $17,000 to complete the renovations, get inspections done, and to lease the premises to the prospective tenant.
14. Debtor has also solicited and obtained loan commitments from lenders to refinance Sapient's loan.
15. One of the Debtor's prospective lenders had ordered an appraisal of the premises after the renovations and upon information and belief the value of the Property is $1,200,000. The value of the Property is expected to increase after the anticipated renovations to the Property are completed.
16. At the same time, the Debtor is working on a Plan of Reorganization.
17. The Debtor has provided its financial information to the Trustee who is assisting with the formulation of a feasible plan in this case.
18. The Debtor will present this report at the upcoming status hearing on April 28, 2022, at 9:30 a.m.

Dated: April 17, 2022                                                HLMC Title Services, Inc.

                                                                    By: <u>Laxmi P. Sarathy</u>
                                                                    One of its Attorneys

| Laxmi P. Sarathy, #6297529 | David R. Herzog |
| 3553 W. Peterson Avenue, | HERZOG & SCHWARTZ, P.C. |
| Suite 102, | Attorneys for Debtor |
| Chicago, IL 60659 | 77 West Washington Street |
| Tel: 312-674-7965 | Suite 1400 |
| Fax: 312-873-4774 | Chicago, Illinois 60602 |
| Lsarathylaw@gmail.com | (312) 977-1600 |