# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HLMC TITLE SERVICES, INC. | ) | Case No. 22-02518 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

## NOTICE OF MOTION

To:   See attached service list

YOU ARE HEREBY NOTIFIED that on May 26, 2022 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Deborah L. Thorne, and then and there present DEBTOR'S MOTION TO EMPLOY REAL ESTATE BROKER, a copy of which is attached hereto and herewith served upon you.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID**. The meeting ID for this hearing is **160 9362 1728** - the is no password. The meeting ID and further information can also be found on the Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: */s/ David R. Herzog*
One of their attorneys

David R. Herzog
Trustee in Bankruptcy
LAW OFFICE OF DAVID R. HERZOG, LLC
53 W. Jackson Blvd., Suite 1442
Chicago, Illinois  60604
(312) 977-1600
drh@dherzoglaw.com
ARDC No. 01203681

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list via the ECF System or by enclosing same in an envelope addressed to them via the Court's ECF system and/or with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 53 W. Jackson Blvd., Chicago, Illinois 60604, on this 18th day of May 2022.

                                                                                        /s/ David R. Herzog

**SERVICE LIST**

**VIA ECF**

Patrick S Layng
Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

M. Gretchen Silver
U S Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
ustpregion11.es.ecf@usdoj.gov

Laxmi P. Sarathy
P.O. Box 60741
Chicago, IL 60660
lsarathylaw@gmail.com

Newpoint Advisors Corporation
655 Deerfield Road
Suite 100-311
Deerfield, IL 60015
mbrash@newpointadvisors.us

Sapient Providence LLC
c/o Michael O Kurtz
Kurtz and Augenlicht
123 W Madison St Ste 700
Chicago, IL 60602
mkurtz@kalawchicago.com

**VIA REGULAR MAIL**

HLMC TITLE SERVICES, INC.
1147 W. 175th.
Homewood, IL 60430

Carter Legal Group, P.C.
225 W. Washington St., #1130
Chicago, IL 60606-3503

Cook County Clerk
118 North Clark Street
Room 112
Chicago, IL 60602

Cook County Clerk
118 North Clark Street
Room 434
Chicago, IL 60602

Del Toro Loan Servicing, Inc.
P.O. Box 211000
Chula Vista, CA 91921-1000

FIG IL 18, LLC
1000 Riverside Ave., Suite 400
Jacksonville, FL 32204-4108

Kashkeesh Ltd.
19501 W 144th Place, Suite 303
Orland Park, IL 60462

Northwest Registered Agent Service
2501 Chatham Rd., Suite N
Springfield, IL 62704-4188

Rajaei J. Haddad
1147 W. 175th
Homewood, IL 60430-4604

Robert J. Bohnak
P.O. Box 143
Tinley Park, IL 60477-0143

Sapient Providence LLC
c/o Daniel Muhe, Managing Member
18201 Collins Ave., Unit 5010
Sunny Isles Beach, FL 33160-5156

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **HLMC TITLE SERVICES, INC.** | ) | Case No.  22-02518 |
| | ) | |
| Debtor. | ) | Honorable Deborah L. Thorne |

**DEBTOR'S MOTION TO EMPLOY REAL ESTATE BROKER**

NOW COME the Debtor and Debtor-in-Possession, HLMC TITLE SERVICES, INC., by and through its attorneys, DAVID R. HERZOG and the LAW OFFICE OF DAVID R. HERZOG, LLC., and pursuant to 11 U.S.C. §§ 327 and 328 hereby moves this Court for an Order approving the employment of a real estate broker to sell certain real property of the Debtor, to wit; the property located at and commonly known as 17532 Dixie Hwy, Homewood, Illinois 60430 in accordance with the terms of a certain Listing Agreement. In support of this motion, the Debtor states as follows:

1. The Debtor, HLMC TITLE SERVICES, INC. filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 4, 2022.  Pursuant to Bankruptcy Code sections 1107 and 1108, Debtor has been a Debtor-in-Possession.

2. At the time of filing of the petition of this case, the Debtor was the owner of certain parcels of real estate, to wit; the property located at and commonly know as 17532 Dixie Hwy, Homewood, Illinois 60430.

3. The Debtor seeks to sell the real estate for the benefit of its creditors. Accordingly, the Debtor seeks to employ Susan B. Silver and MILLENNIUM PROPERTIES R/E,  350 North LaSalle Street, Suite 1000, Chicago, IL 60654, as its exclusive real estate broker under the terms and conditions set forth in the Exclusive Listing Agreement, attached hereto as Exhibit "A" and made

a part hereof.

4.   The Debtor is informed and believes that Susan B. Silver and MILLENNIUM PROPERTIES R/E are disinterested persons within the meaning of 11 U.S.C., Section 101(14). The affidavit of Susan B. Silver attesting to his and the real estate brokerage firm's disinterestedness is attached hereto as Exhibit "B" is made a part hereof.

5.   Section 327(a) authorizes the trustee, or in this case, the debtor-in-possession, to employ professionals who are (i) disinterested persons (ii) that do not hold or represent an interest adverse to the estate. "The adverse interest and disinterested person limitations set forth in § 327(a) represent the congressional intention to hold professionals performing duties for the estate to strict fiduciary standards." *In re Envirodyne Industries, Inc.*, 150 B.R. 1008, 1016 (Bankr.N.D. Ill. 1993). A professional must satisfy both prongs of the test. "If the professional sought to be employed does not satisfy one prong of this standard, the Code prohibits the court from authorizing his or her employment. Section 327 does not allow these limitations to be excused by waiver. In re Amdura, 121 B.R. 862, 866 (Bankr.D.Colo.1990)." *In re Envirodyne Industries, Inc.*, 150 B.R. at 1016.

6.   The Bankruptcy Code does not define the term "adverse interest." However, bankruptcy courts have defined the term to mean " (i) to possess or assert any economic interest that would tend to lessen the value of the bankruptcy estate or that would create either an actual or potential dispute in which the estate is a rival claimant; or (ii) to possess a predisposition under circumstances that render such bias against the estate. *In re American Printers,* 148 B.R. 862 (Bankr.N.D.Ill.1992); *In re Tinley Plaza Assoc., Inc.,* 142 B.R. 272, 276–77 (Bankr.N.D.Ill.1992); *In re Al Gelato Continental Desserts, Inc.,* 99 B.R. 404, 407 (Bankr.N.D.Ill.1989); *In re Roberts,* 46 B.R. 815, 827 (Bankr.D.Utah 1985). To "represent an adverse interest"means to serve as agent or attorney for any individual or entity holding such an adverse interest. *In re Tinley Plaza Assoc.,*

142 B.R. at 277; *In re Roberts,* 46 B.R. at 827." *In re Envirodyne Indus., Inc.*, 150 B.R. at 1016-17.

7. A disinterested person is defined in § 101(14). The Code Section provides that a "disinterested person" includes one that "does not have an interest materially adverse to the interest of the estate ... by reason of any direct or indirect relationship to, connection with, or interest in, the debtor ... or for any other reason."

8. Accordingly based on the affidavit of Susan B. Silver, which affirmatively states that neither she nor the real estate brokerage firm, Millennium Properties R/E, hold any interest adverse to any of the debtor, creditor or any other party in this proceeding, it is appropriate to employee said broker under the provisions of 11 U.S.C., Section 327(a).

9. The Debtor is informed and believes, and therefore alleges, that the granting of this Application is in the best interests of this estate and accordingly the court should approve said employment as provided in 11 U.S.C., Section 327(a).

10. Susan B. Silver and MILLENNIUM PROPERTIES R/E are aware of the provisions of 11 U.S.C., Section 328 and have agreed, notwithstanding the terms and conditions of employment herein set forth, the court may allow compensation different from the compensation provided herein if such terms and conditions prove they have been improvident in light of developments unanticipated at the time of fixing of the terms and conditions.

11. It is anticipated that Susan B. Silver and MILLENNIUM PROPERTIES R/E will secure stalking horse bidders during its initial phase of marketing. Once the stalking horse bidders have been secured, Susan B. Silver and MILLENNIUM PROPERTIES R/E will begin marketing the property for a live auction offering. After said live auction, the Debtor will present the winning bidder to the Court for approval.

WHEREFORE, the Debtor prays:

A.  That after hearing, on notice to parties in interest, this Motion to employ Susan B. Silver and MILLENNIUM PROPERTIES R/E as the exclusive real estate broker for the sale 17532 Dixie Hwy, Homewood, Illinois 60430 on the terms and conditions contained in the Exclusive Listing Agreement be approved, with compensation to be paid only upon proper application to the Court.

B.  That the Court authorize the Debtor to enter into the Listing Agreement as set forth in this Motion.

C.  For such other and further relief which is just and appropriate.

Dated: May 18, 2022.                                  Respectfully submitted,

                                                      HLMC TITLE SERVICES, INC., Debtor and
                                                      Debtor-in-Possession


                                                      By:   /s/ David R. Herzog

David R. Herzog
LAW OFFICE OF DAVID R. HERZOG, LLC
Attorney for Debtor
53 W. Jackson Blvd., #1442
Chicago, Illinois 60604
Telephone: (312) 977-1600
drh@dherzoglaw.com
ARDC No. 01203681

Laxmi P. Sarathy
Attorney for Debtor
17W775 Butterfield Rd., Suite 114
Oakbrook Terrace, IL 60181
Telephone: (312) 674-7965
lsarathylaw@gmail.com
ARDC No. 697529