Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   Case Number: 22-02518
HLMC TITLE SERVICES, INC.   )
)   Chapter: 11
)
)   Honorable Deborah L. Thorne
)
)
Debtor(s)   )

## ORDER APPROVING BID AND SALE PROCEDURES

This matter came before the Court on the Debtor's Motion for Order Approving Bid and Auction Procedures (the "Motion") filed by the Debtor in the above captioned case (the "Debtor") on June 16, 2022, concerning the sale under 11 U.S.C. § 363 of certain real property commonly known as 17532 Dixie Hwy, Homewood, Illinois 60430 (the "Property").

IT IS HEREBY ORDERED as follows:

1. The Motion is granted as set forth below.

2. The bid procedures attached hereto as Exhibit A are approved and shall be used in connection with the proposed sale of the Property.

3. All responses or objections to the relief sought in the Motion that have not been withdrawn, waived or settled are hereby overruled.

4. Any objections to the proposed sale shall be in writing and filed with this Court no later than September 27, 2022, at 5:00 p.m. Central Time. Any objection not filed in accordance with this paragraph may be deemed waived.

5. The auction for the Property, if necessary, will be held on September 22, 2022, at 10:00 a.m. Central Time, at Millennium Properties R/E, 350 North LaSalle Street, Suite 1000, Chicago, Illinois 60654.

6. The sale hearing will be conducted on September 29, 2022, at 9:30 a.m. before the Honorable Deborah L. Thorne, 219 South Dearborn Avenue, Chicago, IL, to consider the entry of an order providing and approving, inter alia, the following: (a) the sale of the Property to the successful bidder free and clear of all liens, claims, interests, obligations, and encumbrances in accordance with 11 U.S.C. § 363(f); and (b) that the Purchase Agreement or any alternative successful bidder's sale agreement was entered into in good faith, without collusion, and from arms' length bargaining positions. The Debtor shall be deemed to have accepted a bid and the successful bidder determined only when the bid for the Property has been approved by the Court at the sale hearing.

7. The sale notice, substantially in the form attached hereto as Exhibit B, is hereby approved.

8. As provided by Bankruptcy Rule 6004(h), this Order shall not be stayed for 14 days after the entry thereof and shall be effective and enforceable immediately upon its entry on the docket.

9.  Unless otherwise specified, all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Enter:

*[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: June 16, 2022

**Prepared by:**

David R. Herzog
LAW OFFICE OF DAVID R. HERZOG, LLC
Attorney for Debtor
53 W. Jackson Blvd., #1442
Chicago, Illinois 60604
Telephone: (312) 977 1600 drh@dherzoglaw.com

ARDC No. 01203681

Laxmi P. Sarathy
WHITESTONE LAW GROUP, P.C.
Attorney for Debtor
3553 W. Peterson Ave., Suite 102
Chicago, IL 60660
Telephone: (312) 674 7965
lsarathy@whitestonelawgroup.com
ARDC No. 697529